**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re  **HSAD 3949 Lindell, Ltd.**

Case No.    **10-33986**

Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $20 - 32 MM | | |
| B - Personal Property | Yes | 6 | $3,877,324.21 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $31,172,769.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 17 | | $45,691.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $43,771.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 36 | $23,877,324.21 – $35,877,324.21 | $31,262,231.23 | |

In re  **HSAD 3949 Lindell, Ltd.**                    Case No.  <u>10-33986</u>
                                                                      (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| Land & Building<br>3949 Lindell Blvd.<br>St. Louis, MO  63108 | Owner | $20-32million (based on Debtor's estimate) | $24,574,005 (secured by property of the Debtor's estate)<br><br>$6,598,764 (secured by collateral other than property of Debtor's estate) |
| | | **Total:** $20-32 million | |

(Report also on Summary of Schedules)

In re **HSAD 3949 Lindell, Ltd.**                    Case No.  __10-33986_____

                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Petty Cash - Leasing Office | $500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America - account ending in 0375 | $2,426.81 |
| | | Wells Fargo Bank - account ending in 8724 | $143,610.56 |
| | | Pulaski Bank - account ending in 3008 | $26,613.29 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Ameren UE | $924.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

In re **HSAD 3949 Lindell, Ltd.**                                   Case No.  **10-33986**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **HSAD 3949 Lindell, Ltd.**                    Case No.    **10-33986**
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet No. 2

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Rent Receivables | $16,232.55 |
| | | Tax Increment Financing Arrangement | $3,000,000.00 |
| | | Potential Lender Liability Claims | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Rent Roll | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |

In re  **HSAD 3949 Lindell, Ltd.**                    Case No.   **10-33986** _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached | | $194,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached | | $490,517.00 |
| 30. Inventory. | | Make-ready supplies | | $2,500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached          **Total  >**   | **$3,877,324.21** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Attachment B28

| Type of Property | Description and Location of Property | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Office Equipment | Office Equipment<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $5,000 |
| Office/Club House Furnishings | Furniture for Leasing Office and Club House<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $75,000 |
| Pool Furniture | Pool Furniture<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $6,500 |
| Furnishings – Model Units | Model Units Furnishings<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $45,000 |
| Furnishings – Owned Units | Owned Units Furnishings<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $2,000 |
| Communication and Security Equipment | Telephone and Video Monitoring Equipment<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $60,500 |
| | TOTAL | $194,000 |

Attachment B29

| Type of Property | Description and Location of Property | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
| --- | --- | --- |
| Fitness Equipment | Exercise Equipment<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $37,520 |
| Tanning Equipment | Tanning Equipment<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $20,916 |
| Washer/Dryers | Washers/Dryers in Units<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $103,581 |
| Other Appliances | Refrigerators, Stoves,<br>Microwaves, etc.<br>3949 Lindell Blvd<br>St. Louis, MO 63108 | $328,500 |
| | TOTAL | $490,517 |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Key Real Estate Equity Capital, Inc. and/or GB St. Louis 1, LLC** | x | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL: **See Attached**<br>REMARKS:<br><br>VALUE: | | | x | $6,598,764.00 | **unknown** |
| ACCT #:<br><br>**KeyBank National Association and/or GB St. Louis 1, LLC** | x | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL: **See Attached**<br>REMARKS:<br><br>VALUE: | | | x | $24,574,005.00 | **unknown** |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | $31,172,769.00 | **unknown** |
| | | | | Total (Use only on last page) > | | $31,172,769.00 | **unknown** |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

<u>   No   </u> continuation sheets attached

Attachment D

| Creditor's Name and Mailing Address | Date Claim Was Incurred Nature of Lien and Description and Value of Property Subject to Lien | Disputed | Amount of Claim | Unsecured Portion |
|---|---|---|---|---|
| KeyBank National Association 127 Public Square, 7th Flr Cleveland, Ohio 44114 and/or GB St. Louis 1, LLC 100 Crescent Ct., Ste 445 Dallas, Texas 75201 | - November 8, 2005, - Senior Loan - First Lien on Land & Building | | $24,574,005 | Unknown |
| Key Real Estate Equity Capital, Inc. Preston Commons West Tower 8117 Preston Rd., Suite 440 Dallas, Texas 75225 and/or GB St. Louis 1, LLC 100 Crescent Ct., Ste 445 Dallas, Texas 75201 | - November 8, 2005 - Mezzanine Loan - Lien on Partnership Interests of Debtor's Partners | | $6,598,764 (not secured by property of the Debtor's estate) | Unknown |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**See Attached** | | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | $45,691.00 | **unknown** | **unknown** |
| ACCT #:<br>**St. Louis County Collections**<br>**41 South Central Ave.**<br>**Clayton, MO  63105** | | DATE INCURRED: 1/1/2010 –<br>CONSIDERATION: 12/31/2010<br>**Property Taxes**<br>REMARKS: | | | | Unknown | **unknown** | Unknown |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >  $45,691.00   **unknown**   **unknown**

Total >  $45,691.00

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals >   **unknown**   **unknown**

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

## Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **1004**<br>11/11/09 | Sae Lee (Past) | 125.00 |
| **Total** | | **125.00** |
| **1004**<br>05/24/10 | Christina Collins (Current) | 125.00 |
| **Total** | | **125.00** |
| **1010**<br>10/31/09 | JOHN GROVES (Current) | 500.00 |
| **Total** | | **500.00** |
| **1012**<br>10/31/09 | MAGGIE TOCZYLOWSKI (Current) | 250.00 |
| **Total** | | **250.00** |
| **1015**<br>05/13/10 | Letitia Brooks (Current) | 125.00 |
| **Total** | | **125.00** |
| **1016**<br>02/11/10<br>04/08/10 | Joseph Bradley (Current) | 150.00<br>25.00 |
| **Total** | | **175.00** |
| **1017**<br>06/08/10 | Brendan Smith (Future) | 125.00 |
| **Total** | | **125.00** |
| **1018**<br>05/13/10 | Tong Senrong (Future) | 100.00 |
| **Total** | | **100.00** |
| **1019**<br>05/13/10 | Kostia Malley (Current) | 125.00 |
| **Total** | | **125.00** |
| **1020**<br>10/31/09 | PAUL DAVIS (Current) | 250.00 |
| **Total** | | **250.00** |
| **1021**<br>01/28/10 | Katherine Bozanich (Current) | 125.00 |
| **Total** | | **125.00** |
| **1022**<br>02/11/10 | Alison Kish (Canceled) | 100.00 |
| **Total** | | **100.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **1023** 10/31/09 | JIANG LINCAN (Notice) | |
| | | 350.00 |
| Total | | **350.00** |
| **1023** 06/15/10 | Melissa Muller (Applicant) | |
| | | 125.00 |
| Total | | **125.00** |
| **1024** 01/04/10 | Zige Chen (Notice) | |
| | | 125.00 |
| Total | | **125.00** |
| **1026** 01/28/10 | Xueyi Zhou (Notice) | |
| | | 125.00 |
| Total | | **125.00** |
| **1028** 11/11/09 | Gayle Cote (Current) | |
| | | 125.00 |
| Total | | **125.00** |
| **1029** 03/02/10 | Jennifer Alewal (Current) | |
| | | 125.00 |
| Total | | **125.00** |
| **1030** 10/31/09 | NICK WILSON (Current) | |
| | | 250.00 |
| Total | | **250.00** |
| **1031** 01/28/10 | Elisa Aviles (Current) | |
| | | 125.00 |
| Total | | **125.00** |
| **1032** 02/11/10 | You Suk Moon (Current) | |
| | | 125.00 |
| Total | | **125.00** |
| **1033** 06/07/10 | Vikram Prikash (Canceled) | |
| | | 125.00 |
| Total | | **125.00** |
| **1034** 05/06/10 | Shoshana Hacker (Current) | |
| | | 125.00 |
| Total | | **125.00** |
| **1035** 10/31/09 | MOLLY WAYNE (Notice) | |
| | | 500.00 |
| Total | | **500.00** |
| **1036** 10/31/09 | MELISSA BANCROFT (Current) | |
| | | 850.00 |
| Total | | **850.00** |
| **1037** 10/31/09 | JOHN JOHNSON (Current) | |
| | | 250.00 |
| Total | | **250.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **1038** | Christopher Hem (Current) | |
| 01/04/10 | | 125.00 |
| **Total** | | **125.00** |
| **1039** | Bu Yu (Current) | |
| 01/28/10 | | 125.00 |
| **Total** | | **125.00** |
| **1040** | Megan Little (Current) | |
| 01/28/10 | | 125.00 |
| **Total** | | **125.00** |
| **1042** | David Lomax (Current) | |
| 01/28/10 | | 150.00 |
| 03/24/10 | | 25.00 |
| **Total** | | **175.00** |
| **1043** | Lujun Wang (Applicant) | |
| 04/08/10 | | 100.00 |
| 06/07/10 | | 50.00 |
| **Total** | | **150.00** |
| **2001** | wenjiang dai (Future) | |
| 05/24/10 | | 150.00 |
| 05/24/10 | | 25.00 |
| **Total** | | **175.00** |
| **2003** | XI DENG (Past) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **2003** | Molly Wayne (Future) | |
| 05/28/10 | | 175.00 |
| **Total** | | **175.00** |
| **2004** | Xuwen Xiang (Past) | |
| 12/02/09 | | 125.00 |
| **Total** | | **125.00** |
| **2004** | Yuhin Tang (Current) | |
| 03/30/10 | | 125.00 |
| **Total** | | **125.00** |
| **2005** | Maria Alfonso (Current) | |
| 04/08/10 | | 125.00 |
| **Total** | | **125.00** |
| **2007** | Brice Power (Canceled) | |
| 12/15/09 | | 125.00 |
| **Total** | | **125.00** |
| **2007** | Ellen Busse (Current) | |
| 01/04/10 | | 125.00 |
| **Total** | | **125.00** |
| **2008** | SUSAN MONDLOH (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |

# Security Deposit Activity

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **2010** | Katie McGraw (Current) | |
| 01/04/10 | | 125.00 |
| 05/27/10 | | 800.00 |
| 05/28/10 | | 249.00 |
| **Total** | | **1,174.00** |
| **2011** | LONGCHAO XU (Notice) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **2012** | JORDAN PRATT (Notice) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **2012** | Tiffany Hetland (Future) | |
| 04/08/10 | | 100.00 |
| **Total** | | **100.00** |
| **2013** | Shihui Guo (Future) | |
| 05/18/10 | | 100.00 |
| **Total** | | **100.00** |
| **2014** | QI GAO (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **2015** | AMANDA SPITALNIK (Current) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **2016** | QIAO YI (Notice) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **2016** | Jessica Bryant (Future) | |
| 03/02/10 | | 50.00 |
| 03/02/10 | | 50.00 |
| **Total** | | **100.00** |
| **2017** | Ian Joyce (Future) | |
| 05/13/10 | | 125.00 |
| **Total** | | **125.00** |
| **2018** | Ricky Jack (Current) | |
| 05/20/10 | | 175.00 |
| **Total** | | **175.00** |
| **2019** | Evan Malone (Notice) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **2020** | Ashley Erickson (Future) | |
| 05/13/10 | | 100.00 |
| **Total** | | **100.00** |
| **2021** | MICHAEL CATLIN (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **2022** | Najla Kfoury (Current) | |
| 05/28/10 | | 125.00 |
| **Total** | | **125.00** |
| **2023** | JEFFERY LAPSANSKY (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **2024** | Brittany Covert (Current) | |
| 12/02/09 | | 150.00 |
| 02/11/10 | | 100.00 |
| **Total** | | **250.00** |
| **2025** | ELIZABETH HOOD (Past) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **2025** | Kavya Reddy (Future) | |
| 05/24/10 | | 100.00 |
| 05/25/10 | | 25.00 |
| **Total** | | **125.00** |
| **2026** | Maggie Long (Current) | |
| 02/11/10 | | 125.00 |
| **Total** | | **125.00** |
| **2027** | Chenhao Zhang (Notice) | |
| 01/28/10 | | 125.00 |
| **Total** | | **125.00** |
| **2028** | Adriana Hansen (Canceled) | |
| 12/15/09 | | 125.00 |
| **Total** | | **125.00** |
| **2028** | Nurses PRN Nurses PRN (Notice) | |
| 01/05/10 | | 125.00 |
| **Total** | | **125.00** |
| **2028** | SOWMYA KANTAMNENI (Future) | |
| 03/30/10 | | 125.00 |
| **Total** | | **125.00** |
| **2030** | CLARICE CHANG (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **2031** | Larry Crain (Current) | |
| 12/15/09 | | 125.00 |
| **Total** | | **125.00** |
| 03/30/10 | | 125.00 |
| **Total** | | **125.00** |
| **2033** | Anyanka Veenapati (Future) | |
| 02/11/10 | | 100.00 |
| **Total** | | **100.00** |
| **2034** | SAVVATY BOYKO (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **2035** | GINA SCHNEIDER (Current) | |
| 10/31/09 | | 500.00 |
| **Total** | | **500.00** |
| **2036** | Renee Miles (Current) | |
| 05/13/10 | | 150.00 |
| 05/27/10 | | 25.00 |
| **Total** | | **175.00** |
| **2037** | Elizabeth Toffler (Current) | |
| 12/15/09 | | 125.00 |
| **Total** | | **125.00** |
| **2038** | Tianxing Liu (Current) | |
| 12/15/09 | | 125.00 |
| **Total** | | **125.00** |
| **2039** | GERALD CLARK (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **2040** | Ashley McKinley (Current) | |
| 03/02/10 | | 150.00 |
| 05/27/10 | | 25.00 |
| **Total** | | **175.00** |
| **2041** | Jennifer Chen (Future) | |
| 06/07/10 | | 125.00 |
| **Total** | | **125.00** |
| **2042** | YANWEN FANG (Notice) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **2042** | Jane Ma (Future) | |
| 03/30/10 | | 100.00 |
| **Total** | | **100.00** |
| **2043** | Erik Senescu (Current) | |
| 01/28/10 | | 50.00 |
| 01/28/10 | | 100.00 |
| 05/18/10 | | 3.84 |
| 05/18/10 | | 21.16 |
| **Total** | | **175.00** |
| **2044** | JOHN SNODGRASS (Past) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **2044** | Jiyong Kim (Current) | |
| 06/15/10 | | 150.00 |
| 06/15/10 | | 25.00 |
| **Total** | | **175.00** |
| **2045** | Anita Joglekar (Current) | |
| 01/04/10 | | 125.00 |
| **Total** | | **125.00** |
| **2046** | Alex McClure (Current) | |
| 12/15/09 | | 125.00 |
| **Total** | | **125.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **2047** | Jiaqi Wan (Current) | |
| 05/11/10 | | 125.00 |
| **Total** | | **125.00** |
| **2048** | Deepesh Jain (Current) | |
| 05/10/10 | | 125.00 |
| **Total** | | **125.00** |
| **2050** | Elise Weber (Current) | |
| 01/28/10 | | 125.00 |
| **Total** | | **125.00** |
| **2051** | Cheng Cheng Shi (Current) | |
| 04/13/10 | | 150.00 |
| 05/20/10 | | 25.00 |
| **Total** | | **175.00** |
| **2052** | ROBERT LIKARISH (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **2053** | Erin Morrissey (Future) | |
| 03/30/10 | | 100.00 |
| **Total** | | **100.00** |
| **2054** | Victoria Inmon (Notice) | |
| 01/04/10 | | 125.00 |
| 03/30/10 | | 799.00 |
| 05/27/10 | | 401.00 |
| **Total** | | **1,325.00** |
| **2054** | Andrew Melson (Applicant) | |
| 05/18/10 | | 50.00 |
| 05/18/10 | | 50.00 |
| **Total** | | **100.00** |
| **3001** | BING ZHENG (Past) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **3001** | Adam Connell (Current) | |
| 05/20/10 | | 150.00 |
| 05/27/10 | | 25.00 |
| **Total** | | **175.00** |
| **3003** | CHARLES DRURY (Notice) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **3003** | Xuey Zhou (Future) | |
| 05/13/10 | | 100.00 |
| 05/24/10 | | 50.00 |
| **Total** | | **150.00** |
| **3004** | MARIAM MALIK (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **3005** | LINDSEY WRIGHT (Past) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **3005** | Soo Lee (Current) | |
| 04/12/10 | | 150.00 |
| **Total** | | **150.00** |
| **3006** | MARY ANN KONDRO (Current) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **3007** | AMEYA PATANKAR (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **3008** | LIWEN SHEN (Past) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **3008** | CHRIS CHEN (Applicant) | |
| 04/12/10 | | 125.00 |
| **Total** | | **125.00** |
| **3010** | KRISTY SCHWARZKOPF (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **3011** | MELVIN WEST (Current) | |
| 10/31/09 | | 1,049.00 |
| **Total** | | **1,049.00** |
| **3012** | KELSEY SHULTZ (Current) | |
| 10/31/09 | | 500.00 |
| **Total** | | **500.00** |
| **3013** | Enpei Liu (Future) | |
| 06/08/10 | | 150.00 |
| 06/08/10 | | 25.00 |
| **Total** | | **175.00** |
| **3014** | Bridgett Szeluga (Current) | |
| 04/12/10 | | 125.00 |
| **Total** | | **125.00** |
| **3015** | Carissa Schneider (Current) | |
| 03/30/10 | | 100.00 |
| 05/25/10 | | 25.00 |
| **Total** | | **125.00** |
| **3016** | TYLER SHORT (Notice) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **3016** | Stephanie Du (Future) | |
| 03/30/10 | | 150.00 |
| 03/30/10 | | 25.00 |
| **Total** | | **175.00** |
| **3017** | Hong Hong (Future) | |
| 05/24/10 | | 125.00 |
| **Total** | | **125.00** |
| **3018** | Chongbo Yang (Current) | |
| 11/11/09 | | 125.00 |
| 05/27/10 | | 50.00 |
| **Total** | | **175.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **3019** | Samantha Cairens (Canceled) | |
| 02/11/10 | | 125.00 |
| **Total** | | 125.00 |
| **3019** | Ed Arnott (Current) | |
| 03/03/10 | | 125.00 |
| **Total** | | 125.00 |
| **3020** | Anthony Jordan (Current) | |
| 05/06/10 | | 150.00 |
| 05/20/10 | | 722.10 |
| 05/20/10 | | 500.00 |
| 05/20/10 | | 360.90 |
| 05/20/10 | | 25.00 |
| **Total** | | 1,758.00 |
| **3021** | ELIZABETH GOODRICH (Notice) | |
| 10/31/09 | | 500.00 |
| **Total** | | 500.00 |
| **3022** | Jacqueline Huang (Current) | |
| 05/13/10 | | 125.00 |
| **Total** | | 125.00 |
| **3023** | Kimberly LeCuru (Current) | |
| 03/30/10 | | 125.00 |
| **Total** | | 125.00 |
| **3024** | RANRAN XUE (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | 250.00 |
| **3025** | Kelly Concannon (Current) | |
| 04/13/10 | | 150.00 |
| 05/27/10 | | 25.00 |
| **Total** | | 175.00 |
| **3026** | Joaquina Mascarenhas (Current) | |
| 03/09/10 | | 125.00 |
| **Total** | | 125.00 |
| **3027** | Samantha Sipple (Current) | |
| 06/03/10 | | 125.00 |
| **Total** | | 125.00 |
| **3028** | JEREMY STEPHAN (Current) | |
| 10/31/09 | | 250.00 |
| 10/31/09 | | 0.00 |
| **Total** | | 250.00 |
| **3029** | Mike Hess (Current) | |
| 11/11/09 | | 150.00 |
| 11/11/09 | | 125.00 |
| **Total** | | 275.00 |
| **3030** | RYAN HORACE (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | 250.00 |
| **3031** | Michelle Keller (Current) | |
| 11/11/09 | | 50.00 |
| 11/11/09 | | 100.00 |
| 01/05/10 | | 100.00 |
| **Total** | | 250.00 |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **3032** | **Rex Gu (Current)** | |
| 05/13/10 | | 125.00 |
| **Total** | | **125.00** |
| **3034** | **Xiyu Lou (Current)** | |
| 03/30/10 | | 125.00 |
| **Total** | | **125.00** |
| **3035** | **AUGUST METZGER (Current)** | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **3036** | **Karen Matthews (Current)** | |
| 03/30/10 | | 150.00 |
| 03/30/10 | | 25.00 |
| **Total** | | **175.00** |
| **3037** | **Humoud Aljalhma (Current)** | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **3038** | **Daryl Mitchell (Current)** | |
| 01/29/10 | | 125.00 |
| **Total** | | **125.00** |
| **3039** | **Elizabeth Messmore (Current)** | |
| 04/13/10 | | 125.00 |
| 04/13/10 | | 125.00 |
| **Total** | | **250.00** |
| **3040** | **Beverly Smith (Current)** | |
| 02/04/10 | | 25.00 |
| 02/15/10 | | 125.00 |
| 05/27/10 | | 25.00 |
| 05/27/10 | | 108.57 |
| 05/27/10 | | 41.43 |
| **Total** | | **325.00** |
| **3041** | **Kristina Cumpata (Future)** | |
| 05/24/10 | | 125.00 |
| **Total** | | **125.00** |
| **3042** | **Bing Cheng (Current)** | |
| 02/11/10 | | 100.00 |
| 06/03/10 | | 50.00 |
| 06/03/10 | | 25.00 |
| **Total** | | **175.00** |
| **3043** | **Lee Mackey (Canceled)** | |
| 04/13/10 | | 175.00 |
| **Total** | | **175.00** |
| **3045** | **Obie Alede (Canceled)** | |
| 05/06/10 | | 125.00 |
| **Total** | | **125.00** |
| **3045** | **Martin Gordon (Current)** | |
| 06/04/10 | | 125.00 |
| **Total** | | **125.00** |
| **3046** | **Anastasia Daley (Current)** | |
| 04/12/10 | | 150.00 |
| 05/24/10 | | 25.00 |
| **Total** | | **175.00** |
| **3047** | **Christine Cimino (Future)** | |
| 05/24/10 | | 125.00 |
| **Total** | | **125.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| 3048 | Ryan Laude (Current) | |
| 04/12/10 | | 125.00 |
| Total | | 125.00 |
| 3049 | Whitney Bour (Current) | |
| 05/24/10 | | 125.00 |
| Total | | 125.00 |
| 3050 | Dongqiao Zhou (Current) | |
| 05/19/10 | | 125.00 |
| Total | | 125.00 |
| 3051 | Jeaji Huang (Future) | |
| 05/24/10 | | 175.00 |
| Total | | 175.00 |
| 3052 | HOLLY WEGENG (Current) | |
| 10/31/09 | | 250.00 |
| Total | | 250.00 |
| 3053 | BHAVESH PATEL (Current) | |
| 10/31/09 | | 250.00 |
| Total | | 250.00 |
| 3054 | AGNES WITHERS (Past) | |
| 10/31/09 | | 350.00 |
| Total | | 350.00 |
| 3054 | Vincent Lin (Future) | |
| 03/30/10 | | 150.00 |
| 03/30/10 | | 25.00 |
| Total | | 175.00 |
| 4003 | MEIJIAO QUAN (Current) | |
| 10/31/09 | | 350.00 |
| Total | | 350.00 |
| 4004 | Amanda Tallarito (Current) | |
| 01/29/10 | | 125.00 |
| Total | | 125.00 |
| 4005 | HODA EL GHAZALY (Current) | |
| 10/31/09 | | 250.00 |
| Total | | 250.00 |
| 4006 | RACHEL YOUNG (Current) | |
| 10/31/09 | | 450.00 |
| Total | | 450.00 |
| 4007 | Qian Qian (Christina) Wang (Current) | |
| 03/02/10 | | 125.00 |
| Total | | 125.00 |
| 4008 | Megan Dugan (Current) | |
| 01/29/10 | | 125.00 |
| Total | | 125.00 |
| 4009 | Elizabeth Duncan (Current) | |
| 01/04/10 | | 125.00 |
| Total | | 125.00 |
| 4010 | SCOTT TREML (Current) | |
| 10/31/09 | | 250.00 |
| Total | | 250.00 |
| 4011 | CHAO YING (Past) | |
| 10/31/09 | | 250.00 |
| Total | | 250.00 |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **4011** | Jose Diaz-Miron (Current) | |
| 03/30/10 | | 125.00 |
| **Total** | | 125.00 |
| **4012** | Leah Ko (Current) | |
| 11/11/09 | | 150.00 |
| 11/11/09 | | 100.00 |
| **Total** | | 250.00 |
| **4014** | Ya Liu (Canceled) | |
| 12/02/09 | | 125.00 |
| 03/25/10 | | 25.00 |
| **Total** | | 150.00 |
| **4014** | Kai Feng Fan (Current) | |
| 03/30/10 | | 125.00 |
| **Total** | | 125.00 |
| **4015** | Matthew Hall (Current) | |
| 02/11/10 | | 100.00 |
| 04/13/10 | | 25.00 |
| **Total** | | 125.00 |
| **4016** | YINGDA WANG (Current) | |
| 10/31/09 | | 350.00 |
| **Total** | | 350.00 |
| **4017** | Kendra Alexander (Current) | |
| 05/07/10 | | 125.00 |
| **Total** | | 125.00 |
| **4018** | JONATHAN SERDAR (Current) | |
| 10/31/09 | | 350.00 |
| **Total** | | 350.00 |
| **4019** | Angenette Natkowski (Current) | |
| 12/02/09 | | 50.00 |
| 12/02/09 | | 100.00 |
| 03/03/10 | | 100.00 |
| **Total** | | 250.00 |
| **4020** | Binhang Ruan (Current) | |
| 04/09/10 | | 150.00 |
| 05/19/10 | | 25.00 |
| **Total** | | 175.00 |
| **4021** | Huang Qixing (Current) | |
| 12/15/09 | | 135.00 |
| **Total** | | 135.00 |
| **4022** | Ming Ding (Current) | |
| 05/24/10 | | 125.00 |
| **Total** | | 125.00 |
| **4023** | KATHERINE BUMB (Notice) | |
| 10/31/09 | | 250.00 |
| **Total** | | 250.00 |
| **4023** | Kate Wells (Future) | |
| 05/24/10 | | 125.00 |
| **Total** | | 125.00 |
| **4024** | AMANDA CARTEE (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | 250.00 |
| **4025** | WENJIE LU (Current) | |
| 10/31/09 | | 350.00 |
| **Total** | | 350.00 |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **4026** | Carolina Marquez (Current) | |
| 01/04/10 | | 125.00 |
| **Total** | | **125.00** |
| **4027** | KE SUN (Current) | |
| 05/19/10 | | 125.00 |
| 05/19/10 | | 150.00 |
| **Total** | | **275.00** |
| **4028** | CONNIE KIRKLAND (Notice) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **4029** | Tyler Short (Current) | |
| 03/09/10 | | 100.00 |
| 05/19/10 | | 25.00 |
| **Total** | | **125.00** |
| **4030** | ZACHARY SPLAINGARD (Notice) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **4030** | Mariel Focseneanu (Future) | |
| 06/07/10 | | 125.00 |
| **Total** | | **125.00** |
| **4031** | Bhanti Jasra (Future) | |
| 04/08/10 | | 125.00 |
| **Total** | | **125.00** |
| **4032** | Venugopal Nair (Current) | |
| 04/13/10 | | 125.00 |
| **Total** | | **125.00** |
| **4033** | Yuan Wang (Applicant) | |
| 06/15/10 | | 125.00 |
| **Total** | | **125.00** |
| **4034** | JOSEPH LITTLE (Notice) | |
| 10/31/09 | | 500.00 |
| **Total** | | **500.00** |
| **4034** | Heather Wadeson (Future) | |
| 05/19/10 | | 125.00 |
| **Total** | | **125.00** |
| **4035** | MYRA MEEKINS (Notice) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **4035** | Lindsey Yeh (Future) | |
| 03/30/10 | | 100.00 |
| **Total** | | **100.00** |
| **4036** | SHANSHAN QU (Current) | |
| 10/31/09 | | 350.00 |
| **Total** | | **350.00** |
| **4037** | MEGAN PENROD (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **4038** | ABDULNASSER ALHAJERI (Current) | |
| 10/31/09 | | 250.00 |
| **Total** | | **250.00** |
| **4039** | Mark Weiss (Current) | |
| 12/15/09 | | 125.00 |
| **Total** | | **125.00** |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| **4040** | Sunil Rao (Past) | |
| 04/16/10 | | 175.00 |
| **Total** | | 175.00 |
| **4040** | April Strange (Current) | |
| 05/07/10 | | 150.00 |
| 05/27/10 | | 25.00 |
| **Total** | | 175.00 |
| **4041** | Emily Hebert (Current) | |
| 01/29/10 | | 125.00 |
| **Total** | | 125.00 |
| **4042** | Yonghong Cheng (Current) | |
| 12/15/09 | | 150.00 |
| 02/15/10 | | 200.00 |
| **Total** | | 350.00 |
| **4043** | Arch housing (Notice) | |
| 04/13/10 | | 175.00 |
| **Total** | | 175.00 |
| **4043** | Juliet Kim (Applicant) | |
| 05/13/10 | | 100.00 |
| 06/08/10 | | 75.00 |
| **Total** | | 175.00 |
| **4044** | Charles Drury (Future) | |
| 05/20/10 | | 100.00 |
| **Total** | | 100.00 |
| **4046** | Angela Oza (Current) | |
| 04/13/10 | | 150.00 |
| 05/19/10 | | 25.00 |
| **Total** | | 175.00 |
| **4047** | Mike Costomaz (Current) | |
| 06/02/10 | | 125.00 |
| **Total** | | 125.00 |
| **4048** | Christina Paruthi (Current) | |
| 05/13/10 | | 125.00 |
| **Total** | | 125.00 |
| **4049** | Sheetal Majethia (Current) | |
| 05/13/10 | | 125.00 |
| **Total** | | 125.00 |
| **4050** | Katherine Funk (Current) | |
| 05/19/10 | | 125.00 |
| **Total** | | 125.00 |
| **4051** | Melinda Johnson (Current) | |
| 01/29/10 | | 150.00 |
| 02/15/10 | | 25.00 |
| **Total** | | 175.00 |
| **4052** | AMY PRIDGEN (Notice) | |
| 10/31/09 | | 250.00 |
| **Total** | | 250.00 |
| **4052** | Huaguan Shen (Applicant) | |
| 06/03/10 | | 125.00 |
| **Total** | | 125.00 |
| **4053** | Michelle Jotte (Current) | |
| 11/11/09 | | 150.00 |
| 02/11/10 | | 100.00 |
| **Total** | | 250.00 |

# Security Deposit Activity

3949 LINDELL (382)

| Transaction Date | | Deposits On Hand |
|---|---|---|
| 4054 | GEORGE HANNA (Current) | |
| 10/31/09 | | 350.00 |
| **Total** | | 350.00 |
| **Totals  - 3949 LINDELL** | | 45,691.00 |

In re **HSAD 3949 Lindell, Ltd.** Case No. **10-33986**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Alive Media Group LLC**<br>**2200 Gravois Ave.**<br>**Suite 201**<br>**St. Louis, MO 63104** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $850.00 |
| ACCT #:<br>**Ameren UE**<br>**P.O. Box 66529**<br>**St. Louis, MO 63166** | | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | $5,203.04 |
| ACCT #:<br>**AT&T**<br>**P.O. Box 5001**<br>**Carol Stream, IL 60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone**<br>REMARKS: | | | | $865.04 |
| ACCT #:<br>**Bales Commerical Cleaning**<br>**2122-B Parkway Dr.**<br>**St. Peters, MO 63376** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $575.00 |
| ACCT #:<br>**Carpet Specialist, Inc.**<br>**11632 Fairgrove Ind. Blvd.**<br>**Maryland Heights, MO 63043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $652.99 |
| ACCT #:<br>**Classified Ventures, Inc.**<br>**d/b/a Apartment.com**<br>**2563 Collection Center Dr.**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,548.00 |
| | | | | Subtotal > | | $9,694.07 |
| | | | | Total > | | |

_____ 4 _____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **HSAD 3949 Lindell, Ltd.**

Case No.   **10-33986**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Cort Furniture Rental**<br>4765 Earth City Expressway<br>St. Louis, MO  63044 | | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | $480.88 |
| ACCT #:<br>**For Rent Magazine**<br>75 Remittance Dr.<br>Suite 1705<br>Chicago, IL  60675 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,170.67 |
| ACCT #:<br>**G.S.C. Construction Inc.**<br>5720 Keeney<br>Morton Grove, IL  60053 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $85.00 |
| ACCT #:<br>**Gregory F.X. Daly**<br>**Collector of Revenue**<br>P.O. Box 66787<br>St. Louis, MO  63166 | | DATE INCURRED:<br>CONSIDERATION:<br>**Water**<br>REMARKS: | | | | $1,804.53 |
| ACCT #:<br>**HD Supply, Facilities**<br> **Maintenance Ltd.**<br>P.O. Box 509058<br>San Diego, CA  92150 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $214.36 |
| ACCT #:<br>**Hocutt, Inc.**<br>8380 Moberly Lane<br>Dallas, TX  75227 | | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | $282.50 |

Sheet no. ___1___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $7,037.94

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**HSA&D Inc.**<br>**Attn. Pam Sirovica**<br>**4245 N. Central Expressway**<br>**Suite 330**<br>**Dallas, TX 75205** | | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | $7,509.92 |
| ACCT #:<br>**Hudson Services**<br>**P.O. Box 221000**<br>**St. Louis, MO 63122** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,200.25 |
| ACCT #:<br>**Loyet Landscape Maintenance, Inc.**<br>**261 Hughes Lane**<br>**St. Charles, MO 63301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,658.00 |
| ACCT #:<br>**Metropolitan St. Louis**<br>**Sewer District**<br>**P.O. Box 437**<br>**St. Louis, MO 63166** | | DATE INCURRED:<br>CONSIDERATION:<br>**Sewer**<br>REMARKS: | | | | $1,363.61 |
| ACCT #:<br>**Midwest Promotional Group**<br>**5900 Archer Road**<br>**Summit, IL 60501** | | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | $798.50 |
| ACCT #:<br>**Mills Properties, Inc.**<br>**120 S. Central Ave.**<br>**Suite 1000**<br>**Clayton, MO 63105** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,133.80 |

Sheet no. <u>  2  </u> of <u>  4  </u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $24,664.08

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   HSAD 3949 Lindell, Ltd.

Case No.   10-33986
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>PPG<br>400 S. 13th St.<br>Louisville, KY | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $89.82 |
| ACCT #:<br>Spencer Fane Britt<br> and Browne LLP<br>1000 Walnut Street<br>Suite 1400<br>Kansas City, MO  64106 | | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | $535.00 |
| ACCT #:<br>Sprint<br>P.O. Box 4181<br>Carol Stream, IL  60197 | | DATE INCURRED:<br>CONSIDERATION:<br>Cellural Telephone<br>REMARKS: | | | | $143.97 |
| ACCT #:<br>St. Louis Apartment Association<br>12777 Olive St.<br>Suite B<br>St. Louis, MO  63141 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $28.00 |
| ACCT #:<br>Staples Business Advantage<br>Dept. BOS<br>P.O. Box 415256<br>Boston, MA  02241 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $387.68 |
| ACCT #:<br>Sunset Pool and Patio<br>534 Ballwin Commons Dr.<br>Ballwin, MO  63021 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $190.43 |

Sheet no. ___3___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,374.90

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **HSAD 3949 Lindell, Ltd.**

Case No.   **10-33986**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Waste Management of St. Louis**<br>**P.O. Box 9001054**<br>**Louisville, KY  40290** | | DATE INCURRED:<br>CONSIDERATION:<br>-<br>REMARKS: | | | | $1,000.24 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ___4___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,000.24

Total >   $43,771.23

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Alive Magazine**<br>50 Maryland Plaza<br>4th Floor<br>St. Louis, MO  63108 | Advertising, Marketing |
| **Anderson Pest Control**<br>501 West Lake St.<br>Suite 204<br>Elmhurst, IL  60126 | Pest Control |
| **Apartment Guide/Consumer Source**<br>17883 Chesterfield Airport Rd.<br>Chesterfield, MO 63005 | Advertising, Marketing |
| **Apartments.com/Classified Ventures**<br>175 W. Jackson Blvd.<br>Suite 800<br>Chicago, IL  60604 | Advertising, Marketing |
| **AT&T**<br>530 McCullough<br>San Antonio, TX  78215 | Telephone Services |

In re  **HSAD 3949 Lindell, Ltd.**                                    Case No.   <u>10-33986</u>
                                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Capture the Market**<br>400 E. Royal Lane<br>Suite 290<br>Irving, TX  75039 | Video, Website and Social Networking Maintenance Services<br>Contract to be ASSUMED |
| **Charter Communications**<br>12405 Powerscourt Dr.<br>St. Louis, MO  63131<br>Attn:  Legal Dept. - Operations | Internet and Cable Services |
| **Eagle**<br>15 Worthington Dr.<br>Maryland Heighs, MO  63043 | Security Monitoring Services |
| **For Rent Media Solutions**<br>2480 Executive Drive<br>Suite 105<br>St. Charles, MO  63303 | Advertising, Marketing |
| **Handy Trac**<br>510 Staghorn Ct.<br>Alpharetta, GA  30004 | Key Control/Tracking Services |

In re  **HSAD 3949 Lindell, Ltd.**                                    Case No.   <u>10-33986</u>
                                                                                 (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hocutt, Inc.**<br>8360 Moberly Lane<br>Dallas, TX 75227 | Water Billing Services |
| **Mills Properties**<br>120 S. Central Ave.<br>Suite 1000<br>Clayton, MO 63105 | Property Management/Leasing Services |
| **Old Vienna Vending**<br>P.O. Box 1677<br>St. Louis, MO 63011 | Vending Machine Products and Service |
| **Schnindler Elevator Corporation**<br>3640 Market St.<br>St. Louis, MO 63110 | Elevator Maintenance |
| **Waste Management of St. Louis**<br>P.O. Box 9001054<br>Louisville, KY 40290 | Waste Disposal |

In re **HSAD 3949 Lindell, Ltd.**

Case No. <u>10-33986</u>
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Xerox Capital Services, LLC**<br>P.O. Box 660501<br>Dallas, TX 75266 | Copier Equipment Lease |

In re  HSAD 3949 Lindell, Ltd.          ,          Case No.  10-33986
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Hepfner, Smith, Airhart & Day, Inc.<br>4245 N. Central Expressway<br>Suite 330<br>Dallas, Texas 75205 | KeyBank National Association<br>127 Public Square, 7th Flr<br>Cleveland, Ohio 44114<br>and/or |
| James P. Hepfner<br>4245 N. Central Expressway<br>Suite 330<br>Dallas, Texas 75205 | GB St. Louis 1, LLC<br>100 Crescent Ct., Ste 445<br>Dallas, Texas 75201 |
| Chris C. Smith<br>4245 N. Central Expressway<br>Suite 330<br>Dallas, Texas 75205 | Key Real Estate Equity Capital, Inc.<br>Preston Commons West Tower<br>8117 Preston Rd., Suite 440<br>Dallas, Texas 75225 |
| John W. Airhart<br>4245 N. Central Expressway<br>Suite 330<br>Dallas, Texas 75205 | and/or<br>GB St. Louis 1, LLC<br>100 Crescent Court, Ste. 445<br>Dallas, Texas 75201 |
| Thomas C. Day<br>4245 N. Central Expressway<br>Suite 330<br>Dallas, Texas 75205 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  **HSAD 3949 Lindell, Ltd.**

Case No.   10-33986
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____Secretary & Treasurer of GP, HSAD 3949 Lindell GP, Inc._____ of the _____**Partnership**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**38**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **06/25/2010**_____     Signature ___**/s/ Chris C. Smith**_____
                                                       Chris C. Smith
                                                       Secretary & Treasurer of GP, HSAD 3949 Lindell GP, Inc.

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*